# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Allstate Insurance Company, | Civil No. 10-4364 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Cynthia Morgan and Richard Morgan, | |
| Defendants. | |

_____

Pursuant to Plaintiff's Notice of Dismissal (Doc. No. 2), **IT IS ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** and without costs or attorney's fees to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 29, 2010

                                                  s/Richard H. Kyle  
                                                  RICHARD H. KYLE  
                                                  United States District Judge